July 1, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

### TEXAS KIDNEY, INC. D/B/A SOUTHEAST HOUSTON DIALYSIS CENTER, AHMED RABIE, SANA RABIE, AND NADER RABIE, Appellants

NO. 14-13-01106-CV                V.

### ASD SPECIALTY HEALTHCARE, Appellee

_____

This cause, an appeal from the order, signed, November 25, 2013 was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellants, Texas Kidney, Inc. d/b/a Southeast Houston Dialysis Center, Ahmed Rabie, Sana Rabie, and Nader Rabie, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.